⎘ ORIGINAL

FILED

06/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0001

JUN 18 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0001

---

RACHELL FLORES,

Petitioner,

vs.

KEVIN CRAVENS,

Respondent.

ORDER

---

Petitioner Rachell Flores, representing herself, has requested disqualification of District Judge Hon. Kathy C. Seeley in Cause No. CDR-2014-200 in the Montana First Judicial District Court, Lewis and Clark County.

Section 3-1-805, MCA, provides that an affidavit for disqualification for cause must be accompanied by a certificate that the affidavit has been made in good faith. An affidavit will be deemed not to have been made in good faith if it is based solely on rulings which can be addressed in an appeal from the final judgment. In addition to the lack of affidavit, some of Flores' claims appear unrelated to this case, but appear to be related to rulings Judge Seeley made in other proceedings. As a result, it is unnecessary to appoint a district judge to hear this matter.

IT IS THEREFORE ORDERED that the motion to disqualify District Judge Kathy C. Seeley from Lewis and Clark County Cause No. CDR-2014-200 is DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Lewis and Clark County for notification to all parties of record in Cause No. CDR-2014-200, and to the Honorable Kathy C. Seeley.

DATED this 18th day of June, 2024.

Chief Justice